No. 01–6009. PERRY v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 01–6017. CUMMINGS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 01–6018. CLARK v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 01–6028. KEITH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–6031. AMEZCUA-GARIBAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6035. TAYBORN v. SCOTT, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 01–6036. VAUGHN OWENS v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 01–6041. MEADOWS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6045. SINDRAM v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–6055. WELLS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–6058. ARIAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6060. VASQUEZ v. PATAKI, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–6062. ROMERO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.